UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KORIBANICS & KORIBANICS
ATTORNEYS AT LAW
685 VAN HOUTEN AVE.
CLIFTON NJ    07013
973-778-1800

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Mag. No. 18-4086 |
| vs. | : | |
| | : | ORDER |
| JONATHAN BUSTIOS | : | FOR BAIL MODIFICATION |
| | : | |

THIS MATTER HAVING been opened to the Court by Michael P. Koribanics of the law firm of Koribanics & Koribanics, counsel for Defendant Jonathan Bustios, and the parties hereto through their respective counsel having notified all parties to the form, substance and entry of the within Order; and neither and the Court having been satisfied that good cause has been sufficiently established for entry of the The Government within Order; nor Pretrial

IT IS ON THIS __18th__ DAY OF __July__ 2018  Services objecting to The request;

ORDERED that, Jonathan Bustios be allowed to attend his wife's baby shower on July 20, 2018 from 8:00 p.m. to 12:30 a.m. at the Grand Luxe Café at the Garden State Plaza in Paramus, New Jersey.

ORDERED that a copy of the within Order be served upon all parties within ____ days of the date herein contained.

Hon. Michael J. Hammer, U.S.D.C.